IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

Christopher Taylor , Plaintiff

v.

James Johnson ,

Warden Little ,

The inspector Generals office ,

The law library Woman of CSP , Defendant(s).

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN -1 2021

JEFFREY P. COLWELL
CLERK

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

Original form provided free of Charge by CO DOC Legal Services to
Offender TAYLOR DOC# 178343
Date MAR 29 2021

A.  **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Christopher Taylor Doc#178343  POBox 777  Canon city, co 81215
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee
____ Civilly committed detainee
____ Immigration detainee
_✓_ Convicted and sentenced state prisoner
____ Convicted and sentenced federal prisoner
____ Other: (*Please explain*) _____

B.  **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:  little  Warden  of  CSP  POBox 777  canon city co 81215
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _✓_ Yes ___ No (*check one*). Briefly explain:

Murder obstructing Justice of A officer of DEA
June 1st 2021 IM Murdering A DOC employee

Defendant 1 is being sued in his/her ___ individual and/or _✓_ official capacity.

Defendant 2: James Johnson intell PoBox 722 Canon City, co 81215
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one). Briefly explain:

Murder obstructing Justice of A officer of DEA June 1st 2021 I murdering A DOC employee

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: The Inspector General office
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ✓ No (check one). Briefly explain:

Jurisdiction, Murder obstructing Justice of DEA, No phone call My June 1st 2021 I'm murdering A DOC employee

Defendant 3 is being sued in his/her ✓ individual and/or ___ official capacity.

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: *(please identify)* 106(B) Case 43066

Vedio of OCPP hearing on me murdering June 1st 2021 on obstructing Justice

3

# DEPARTEMNT OF CORRECTION — DISPOSITION OF CHARGE(S)

AR FORM 150-01C (11/01/19)

**FACILITY** CSP

**CASE NO.** 43066   **OFFENDER NAME:** TAYLOR, CHRISTOPHER   **DOC #:** 178343   Charge:

Continuation of hearing: Yes ☐ No ☑  If yes, describe date/time continued from:

**LOCATION OF HEARING** Hearings Room   DATE 4/7/2021   SCHEDULED TIME OF HEARING 8:00

Offender Right to Remain Silent Waived ☑  Exercised: ☐

Offender Representative Requested: Yes ☐ No ☑   Offender Representative Allowed: Yes ☐ No ☑   Rep. Name:

**Offender Witnesses Requested:** Yes ☐ No ☑   Witnesses: Lt. Johnson

**3MB MEMBERS PRESENT (IF REQUIRED)** Yes ☐ No ☐   Lt. Will (Chairperson), Lt. Ownby, Lt. Duran

Was a Translator Requested: ☐   Translator Used:

Mental Health Consultation Completed (for MMI) ☐   Name:   Date

**FINDING OF FACT:** (List SPECIFC evidence relied upon to support finding(s) including the general substance of confidential information and/or evidence.)

**CHARGE:** I-4 ASSAULT ON STAFF (ATTEMPT)*   PLEA: Not Guilty   FINDINGS: Guilty

**CHARGE:** II-11 THREATS   PLEA: Not Guilty   FINDINGS: Guilty

Disciplinary Officer name and position: Lt. Zylstra

**Describe testimony and evidence presented:**

State's Case: On March 24th 2021 at approximately 12:30 pm, Sgt. Medellin reported: When I arrived on scene offender Taylor, Christopher #178343 was unresponsive to all staff members. Shift commander arrived and gave directives for the offender to un-cover his cell and submit to restraints or the forced cell team will be activated. On the second directive the offender complied, and I placed both wrist and leg restraints on the offender and he was escorted to Intake. The offender was strip searched. The offender complied during this process and then was interviewed in the strip out area by other staff. The offender was escalating as the interview went onward. The offender then stated " I could assault and kill a fucking staff member" and "It's not a threat It's a promise". The offender then very aggressively lunged forward kicking his legs towards the staff member. He was immediately assisted to the wall on the right. Once on the wall I gave a loud verbal directive to stop. The offender was aggressively thrashing his upper body to the left and right attempting to hit a staff member. I activated the taser. The offender was intentionally grounded to the right. Once on the ground we rolled the offender left and right to apply Universal and leg restraints and was escorted to cell G140. Once in the cell I removed both probes and anatomical was completed by medical. Offender Taylor caused or intentionally set into motion a force which caused or intended to cause serious bodily injury to any DOC employee. Offender communicated a determination or intent to harm another person.

Was Confidential Information Use Yes ☐ No ☑   If yes, was information determined reliable by Hearing Officer: Yes ☐ No ☐ None ☑

**Describe accused offender testimony:**

Offender Taylor stated: Is there audio on the video? (Video with audio was played). My defense is this; Pre-mediation to obstruct justice with intent to murder a federal officer. I'm an undercover officer for the DEA. I will question DOC staff on your record. Johnson will tell you about my agency. Video shows that there is no attempted assault, no verbal command, They were all advised that I was a federal officer. Evidence defines pre-meditation and obstructing justice. I didn't hear a verbal warning, no physical contact with the feet. I was slammed against the wall. I did state that because he obstructed justice, I am under immunity and can kill a federal officer. I was still refused a phone call. I do apologize. I am a P2.

Briefly describe all called witness testimony, or justification for not allowing requested witnesses:

Testimony of Lt. Johnson was requested by the offender to verify his employment with the DEA. (Denied testimony after it was explained to the offender that this was an Administrative Hearing for a DOC rule violation. His past employment is irrelevant). The offender stated he understood. The witness was not called. Denied.

Briefly describe how offender behavior violated COPD:

I-4 Attempt. Guilty. Offender Taylor was observed and identified on the video evidence as attempting to assault a DOC officer when he lunged at an officer and attempted to kick them. Force was used to gain compliance. No injuries were noted.
II-11 Guilty. Offender Taylor communicated a determination or intent to harm another person and/or jeopardize the safety and security of the facility.

Briefly describe specific evidence and testimony relied upon to reach finding:

Presentation by the Disciplinary Officer, Lt. Zylstra, review of the incident report submitted by Sgt. Medellin, Officer Lotches, and Lt. Will, J., video, Cost memo (Taser), and statement/plea of Offender Taylor.

Other comments (describe any offender rights waived, justification for non-allowance of representation, explanation of extended recess and any other pertinent information):

The decision of the 3 member board was unanimous. Escort staff were Officer Perez, Officer Degroot, and Sgt. Prieto.

Waivers Signed  Waiver to Attend Hearing: ☐  Removal from Hearing ☐  Rfused to Attend ☐  Waiver of Hearing Time ☐

## SUMMARY OF PENALTIES:

Describe any aggravating or mitigating factors considered:

**Placed on Removal From Population (RFP) for this Incident, Eligible for loss of good time (PED 2021), MRD 2026, Last COPD conviction was 2-24-21 (II-07), has a pending case.**

Describe any stayed or probated sanctions:

Sanctions not stayed or probated.

*[handwritten: James Johnson Falsified]*

Description of Penalties Imposed:

Date of sanction start and end; Explanation of Pre Hearing segregation time credit:

*[handwritten: That he contacted evidence DEA & DEA stated I was not]*

**SANCTIONS on charge:** I-4   90 days LOP (TV, CIPS, Canteen). LOP Begins 4-7-21, Ends 7-6-21 minus 12 days credit for time served on RFP (From 3-24-21 to 4-5-21); therefore, the LOP Ends 6-24-21.

*[handwritten: They denied me to contact my agency in this hearing. And to present the indictments.]*

Page 1 of 2

**SANCTIONS on charge:** II-11     30 days LOP (TV, CIPS, Canteen). LOP Begins 4-7-21, Ends 5-7-21. Concurrent.

Explanation of monetary restitution imposed / Information relied upon to determine amount imposed:

**There were no monetary sanctions imposed in this case.**

S/ _____ Lt. R. Will 4-7-21
Chairperson        Lt. R. Will        Date

**ADMINISTRATIVE HEAD REVIEW:**  {✓} AFFIRM    { } MODIFY    { } REVERSE

**COMMENTS:**

S/ _____ Melvin Cole    4-8-2021
Administrative Head or Designee    Date:

Offender Acknowledgment: I acknowledge receipt of a copy of this Disposition of Charge.

SERVING DOC EMPLOYEE/CONTRACT WORK   You are hereby served with a copy of Disposition of Charges this _____ day of _____ 20____.

Signature_____ Printed Name _____ Date _____

Offender Acknowledgment:   I acknowledge receipt of a copy of this Disposition of Charge.

Name:_____ Signature_____ Date_____
TAYLOR, CHRISTOPHE    / 178343

Attachment "C"

Case No.:   43066

CC: Original Saved to Hearings Case Folder
    Offender Given Goldenrod Copy

| DEPARTEMNT OF CORRECTION | DISPOSITION OF CHARGE(S) | AR FORM 150-01C (11/01/19) |
|---|---|---|
| FACILITY CSP | | |

CASE NO. **43047** OFFENDER NAME: **TAYLOR, CHRISTOPHER** DOC #: **178343** Charge:

**Continuation of hearing:** Yes ☑ No ☐ If yes, describe date/time continued from: **From 3-30-21 to 4-9-2021.**

LOCATION OF HEARING **Hearings Room** DATE **4/9/2021** SCHEDULED TIME OF HEARING **8:30**

Offender Right to Remain Silent Waived ☐ Exercised: ☐

Offender Representative Requested: Yes ☐ No ☑ Offender Representative Allowed: Yes ☐ No ☑ Rep. Name:

**Offender Witnesses Requested:** Yes ☐ No ☑ Witnesses: **None Requested**

**3MB MEMBERS PRESENT (IF REQUIRED** Yes ☐ No ☑ **This case did not involve the need for a 3 member board.**

Was a Translator Requested: ☐ Translator Used:

Mental Health Consultation Completed (for MMI) ☐ Name: Date

FINDING OF FACT: (List SPECIFC evidence relied upon to support finding(s) including the general substance of confidential information and/or evidence.)

CHARGE: **II-07 POSSESSION OR USE OF DANGEROUS DRUGS** PLEA: **Guilty** FINDINGS: **Guilty**

Disciplinary Officer name and position: **Lt. Zylstra**

Describe testimony and evidence presented:
State's Case: On 3/7/21 at about 1:00 pm Officer Bohl reported: Offender Taylor, Christopher #178343 F5-23 refused to uncover his cell window for pod staff, security staff, and the LT. Offender Taylor uncovered and submitted to restraints for Shift Commander. Offender Taylor was escorted down to intake and his cell was searched. During a cell inspection, I found a bag full of unknown liquid substance (18.8lbs), that tested high for alcohol on the PAS (Passive Alcohol Sensor). Offender Taylor was found in possession of a liquid substance that was described as "homemade alcohol". The fermented liquid was found in his single occupancy cell. Offender was not authorized to use or possess "homemade alcohol" while in the prison environment. Volatile substances inhaled, ingested, or consumed for their mood altering effects, jeopardizes the safety and security of the facility.

Was Confidential Information Use Yes ☐ No ☑ If yes, was information determined reliable by Hearing Officer: Yes ☐ No ☐ None ☑

Describe accused offender testimony:
Offender Tarylor voluntarily signed the Waiver form, AR 150-01, in which he entered a guilty plea and chose to waive/forego a formal hearing. The waiver was presented to the offender to read. He was advised that if he did not agree to signing the waiver, the hearing would proceed as scheduled. The offender chose to sign the waiver as witnessed by Officer Perez.

Briefly describe all called witness testimony, or justification for not allowing requested witnesses:
None

Briefly describe how offender behavior violated COPD:
II-07 The Hearings officer accepted the offender's guilty plea, in writing, form AR 150-01I (First waiver), in which he chose to waive/forego a formal hearing. After accepting the offender's guilty plea, the offender's history was reviewed along with the incident report submitted before sanctions were imposed.

Briefly describe specific evidence and testimony relied upon to reach finding:
Review of the incident report submitted by Officer Bohl (IR 1426542), review of the signed waiver form, AR 150-01I, recommendations for sanctions provided by the Disciplinary Officer, Lt. Zylstra, and review of the offender's disciplinary history.

Other comments (describe any offender rights waived, justification for non-allowance of representation, explanation of extended recess and any other pertinent information):
Officer Perez witnessed the offender's signature on the Waiver to forego/waive his hearing. The hearing was Continued to ensure the offender was provided copies of evidence at least 24 hrs. prior to the scheduled hearing. The evidence was returned still attached to the Notice of Charges. A second copy was attached and sent to the offender along with the Continuance form.

Waivers Signed Waiver to Attend Hearing: ☑ Removal from Hearing ☐ Rfused to Attend ☐ Waiver of Hearing Time ☐

**SUMMARY OF PENALTIES:**
Describe any aggravating or mitigating factors considered:
**Eligible for loss of good time (PED 6-21-21), MRD 2026, Last COPD conviction was 4-7-21 @ CSP (I-4, II-22), Currently on LOP status through 6-24-21.**

Describe any stayed or probated sanctions:
**Sanctions not stayed or probated.**

Description of Penalties Imposed:
Date of sanction start and end; Explanation of Pre Hearing segregation time credit:

**SANCTIONS on charge: II-07 6 days LOP (TV, CIPS, Canteen). LOP Begins 6-24-21, Ends 6-30-21. Also, 30 days Loss of Good Time.**

Explanation of monetary restitution imposed / Information relied upon to determine amount imposed:
**There were no monetary sanctions imposed in this case.**

S/ _____ **Lt. R. Will 4-9-21**
Chairperson Lt. R. Will Date

ADMINISTRATIVE HEAD REVIEW: {✓} AFFIRM { } MODIFY { } REVERSE

COMMENTS:
S/
Page 1 of 2

*Handwritten annotations:* "evidence is DOC evidence, was Tagged DEA & Los Zetas" "Obstructed Justice over DRUGS & TREASON FOR intent"

_____Melissa Cole_____   4/12/2021
Administrative Head or Designee     Date:

---

Offender Acknowledgment: I acknowledge receipt of a copy of this Disposition of Charge.

SERVING DOC EMPLOYEE/CONTRACT WORK    You are hereby served with a copy of Disposition of Charges this _____ day of _____ 20 21.

Signature _____    Printed Name _____    Date _____

---

Offender Acknowledgment:    I acknowledge receipt of a copy of this Disposition of Charge.

Name: _____    Signature _____    Date _____
TAYLOR, CHRISTOPHE        178343

Attachment "C"

Case No.:    43047

CC: Original Saved to Hearings Case Folder
    Offender Given Goldenrod Copy

HI I WANT TO TALK TO Shift Commend About MCU I did Not Tell You

### D.  STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Under Article 2 Amendment 4, 6, 10, 11, 12 —

Supporting facts: Case #43066 CSP's law library, intell James Johnson, The inspector General, Warden little, All has Denied my law library 6 month inmate Bank Statements, 2241 Deny of Parole, 2241 on TREASON And a 106 motion of OCPD hearing For Vedio & Audio evidence to go to the Attorney General on my JOB & obstructing — Copys of Disposition of Charges 2 of Them

June 1st, 2021 I'M Murdering yellow A Doc employee under The Federal victim & witness Protection Act As a victim of TREASON, Corruption is impossible 3 WAYS TREASON, My JOB ? The Federal victim & witness Protection Act

4

Premeditated MURDER TOO! Against you ALL

E.   PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):   _____

Docket number and court:   _____

Claims raised:   _____

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)   _____

Reasons for dismissal, if dismissed:   _____

Result on appeal, if appealed:   _____

[handwritten annotations across the form: "REASON", "SHH!", "you R guilty By Murder Military clique"]

F.   ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

   ✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

   ✓ Yes ___ No (*check one*)

5

### G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

5 billion dollars knowing I'm a under cover officer off the DEA, and victim of TREASON suing you for TREASON to Death Row 30 days executed

### H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Christopher Taylor_
(Plaintiff's Signature)

_5-26-21_
(Date)

(Form Revised December 2017)

6